### LEVERETT agt. WENSLEY

Hudson Leverett Adm$^r$ to the Estate of Bezaliel Payton dece$^d$ plaint. ag$^t$ John Wensley & Elisabeth his wife Def$^{dt}$ The plaint. was nonsut$^d$ in failure of process.

### LEVERETT agt. DOWDEN

Hudson Leverett Adm$^r$ to the Estate of Bezaliel Payton dece$^d$ plaint. ag$^t$ Leonard Dowden Def$^{dt}$ in an action of the case for unjustly and illegally possessing himselfe of a house and Land in Boston which was the proper Estate of the afores$^d$ Bezaliel Payton and by violence forceing the afores$^d$ Hudson Leverett out thereof, who was by the Hono$^{rd}$ County Court appoint$^d$ Adm$^r$ thereunto whereby the plaint. is greatly damnified with other due damages. [489]. . . . The Jury . . . found for the Defend$^t$ costs of Court.

[ Cf. Dowden Fined, below, p. 890.]

### OXE ag$^t$ HINDERSON

Robert Oxe plaint. ag$^t$ William Hinderson Defend$^t$ in an action of debt of twenty Eight pound sixteen Shillings in mony due by booke as shall appeare by Acco$^t$ with all other due damages &c. . . . The Jury . . . found for the plaint. Eighteen pounds mony and costs of Court twenty three Shillings two pence.

### LEVERETT agt. WINCOLL etc.

John Leverett Merchant plaint. ag$^t$ John Wincoll and Thomas Broughton or either of them Defend$^t$ in an action of the case for witholding the Summe of three hundred pounds currant mony of New-England due by bond under theire hands & Seales jointly and